# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-20-00386-CV

---

**In re Samuel Baker**

---

## ORIGINAL PROCEEDING FROM BELL COUNTY

---

## M E M O R A N D U M   O P I N I O N

Relator Samuel Baker, acting pro se, has filed a petition for writ of mandamus seeking to compel the district court to appoint counsel on his motion for postconviction DNA testing. *See* Tex. Code Crim. Proc. arts. 64.01.-.05; *Ex parte Gutierrez*, 337 S.W.3d 883, 889 (Tex. Crim. App. 2011) (noting that indigent convicted person intending to file motion for post-conviction DNA testing has limited right to appointed counsel, conditioned on trial judge's finding "that reasonable grounds exist for the filing of a motion"); *Weems v. State*, 550 S.W.3d 776, 781 (Tex. App.—Houston [14th Dist.] 2018) (same). Baker's petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

---

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Baker and Triana

Filed: August 28, 2020